FILED: August 10, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6351
(7:13-cv-00461-NKM-JCH)
_____

BERMAN JUSTUS, JR.

Petitioner - Appellant

v.

HAROLD W. CLARKE

Respondent - Appellee

_____

O R D E R
_____

The parties are directed to file supplemental briefing on the following

questions:

1) Whether, in light of *Kemp v. United States*, 142 S. Ct. 1856
   (2022), a petitioner's motion to reopen a district court's dismissal
   of his federal habeas petition as untimely on the grounds that he
   is entitled to equitable tolling due to his mental illness is properly
   classified as a Rule 60(b)(1) motion or a Rule 60(b)(6) motion;
   and

2) If petitioner's motion is properly classified as a Rule 60(b)(1)

motion, given the applicable one-year maximum limitations period, what impact does our prior determination that his Rule 60(b) motion is "deem[ed]" timely, included in our order granting a certificate of appealability, have on this Court's consideration of whether petitioner's Rule 60(b)(1) motion is timely.

The briefs are to be filed simultaneously and no later than the close of business on August 25, 2022.

For the Court

/s/ Patricia S. Connor, Clerk